IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
San Antonio Division

**SA24CA1445OG**

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

Cause No. 2024CI24161; Betsy Harrell, Individually And A/N/F Of Natalie Harrell, And Madeline Harrell v. Clifford Brooke; in the 408th Judicial District Court of Bexar County, Texas

2. Was jury demand made in State Court?    ☒ Yes    ☐ No

If yes, by which party and on what date?

Plaintiff                                    10/23/2024
Party Name                                   Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Plaintiff, Betsy Harrell, individually, and a/n/f of Natalie Harrell, and Madeline Harrell
c/o Noah D. Lombardo, Mission Injury Law, 3510 N Saint Mary's St, Suite 100, San Antonio, Texas 78212, Tel. 210-787-5681
Defendant, Clifford Brooke, c/o Nick Lanza, Stephen Goldsmith, Lanza Law Firm, P.C., 300 E. Sonterra Dr., Suite 1140, San Antonio, Texas 78258, Tel. 210-564-9100, Fax 210-899-3590

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

None

3.  List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

None

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1.  List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

None

**VERIFICATION:**

/s/ Stephen Goldsmith

Attorney for Removing Party          Date   12/17/24

Clifford Brooke

Party/Parties

(NOTE: Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary):**

Defendant, Clifford Brooke, demanded a jury trial on 11/27/2024.