Generated: Dec 18, 2024 1:22PM                                                                                          Page 1/1

# U.S. District Court

## Texas Western - San Antonio

Receipt Date: Dec 18, 2024 1:22PM

LANZA LAW FIRM PC
4950 BISSONNET
BELLAIRE, TX 77401

Rcpt. No: 6564          Trans. Date: Dec 18, 2024 1:22PM          Cashier ID: #DG

| CD  | Purpose                      | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                    | 1   | 405.00 | 405.00 |

| CD | Tender |          |            | Amt      |
|----|--------|----------|------------|----------|
| CH | Check  | #13066   | 12/17/2024 | $405.00  |

|                              |         |
|------------------------------|---------|
| Total Due Prior to Payment:  | $405.00 |
| Total Tendered:              | $405.00 |
| Total Cash Received:         | $0.00   |
| Cash Change Amount:          | $0.00   |

**Comments:** 5:24-CV-1445, BETSY HARRELL, INDIVIDUALLY AND A/N/F OF NATALIE HARRELL, AND MADELINE HARRELL V. CLIFFORD BROOKE.

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov