Generated: Dec 19, 2024 8:17AM                                                                                                   Page 1/1

# U.S. District Court

## Texas Western - San Antonio

**THIS IS A COPY**

**AMENDED RECEIPT**

Receipt Date: Dec 18, 2024 1:28PM

LANZA LAW FIRM PC
4950 BISSONNET
BELLAIRE, TX 77401

Rcpt. No: 6565               Trans. Date: Dec 18, 2024 1:28PM                Cashier ID: #DG

| CD  | Purpose      | Case/Party/Defendant                                                              | Qty | Price  | Amt    |
|-----|--------------|-----------------------------------------------------------------------------------|-----|--------|--------|
| 111 | Pro Hac Vice | DTXW525LB000000 /001<br>EXECUTIVE OFFICE OF THE CLERK USDC<br>FBO: STEPHEN GOLDSMITH | 1   | 100.00 | 100.00 |

| CD | Tender |        |            | Amt      |
|----|--------|--------|------------|----------|
| CH | Check  | #13066 | 12/17/2024 | $100.00  |

|                              |          |
|------------------------------|---------:|
| Total Due Prior to Payment:  | $100.00  |
| Total Tendered:              | $100.00  |
| Total Cash Received:         | $0.00    |
| Cash Change Amount:          | $0.00    |

**Comments:** PRO SE HAC VICE FOR STEPHEN GOLDSMITH. 5:24-CV-1445, BETSY HARRELL, INDIVIDUALLY AND A/N/F OF NATALIE HARRELL, AND MADELINE HARRELL V. CLIFFORD BROOKE.

**RECEIPT AMENDED** by staff #2225 12/18/2024 1:31 PM
**AMENDMENT VERIFIED** by staff #2229 12/18/2024 3:03 PM
**Correction Reason:** 99) Other ADDED FBO: STEPHEN GOLDSMITH

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov